UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSHUA STEFFENS, Derivatively on Behalf of Nominal Defendant ORGANON & CO., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN ALI, MATTHEW WALSH, CARRIE S. COX, ROBERT ESSNER, ALAN EZEKOWITZ, HELENE GAYLE, SHELLY LAZARUS, DEBORAH LEONE, PHILIP OZUAH, CYNTHIA M. PATTON, GRACE PUMA, and SHALINI SHARP, <br><br> Defendants, <br> and <br><br> ORGANON & CO., <br><br> Nominal Defendant. | Case No. 2:25-cv-10043-JXN-CLW <br><br><br> **STIPULATION AND ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS** |
| JERETH CAMACHO, derivatively on behalf of ORGANON & CO., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN ALI, MATTHEW WALSH, CARRIE S. COX, ROBERT ESSNER, ALAN EZEKOWITZ, HELENE GAYLE, ROCHELLE B. LAZARUS, DEBORAH LEONE, PHILIP OZUAH, CYNTHIA M. PATTON, GRACE PUMA, and SHALINI SHARP, <br><br> Defendants, <br> and <br><br> ORGANON & CO., <br><br> Nominal Defendant. | Case No. 2:25-cv-11903-JXN-CLW |

**WHEREAS**, on June 11, 2025, plaintiff Joshua Steffens ("Plaintiff Steffens") filed a

shareholder derivative action on behalf of nominal defendant Organon & Co. ("Organon" or the "Company") in this Court alleging causes of action for breaches of fiduciary duties, aiding and abetting breaches of fiduciary duties, unjust enrichment, waste of corporate assets, and violations of Section 14(a) and Rule 14a-9 of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Kevin Ali, Matthew Walsh, Carrie S. Cox, Robert Essner, Alan Ezekowitz, Helene Gayle, Shelly Lazarus, Deborah Leone, Philip Ozuah, Cynthia M. Patton, Grace Puma, and Shalini Sharp (the "Individual Defendants" and, together with the Company, "Defendants"), captioned *Steffens v. Ali et al*, Case No. 2:25-cv-10043-JXN-CLW (the "*Steffens* Action");

**WHEREAS**, on June 17, 2025, plaintiff Jereth Camacho ("Plaintiff Camacho" and together with Plaintiff Steffens, "Plaintiffs")[1] filed a shareholder derivative action on behalf of nominal defendant Organon in this Court alleging causes of action for violations of Section 14(a) of the Exchange Act, breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, and for contribution under Sections 10(b) and 21D of the Exchange Act against the Individual Defendants captioned *Camacho v. Ali et al*, Case No. 2:25-cv-11903-JXN-CLW (the "*Camacho* Action" and together with the *Steffens* Action, the "Related Derivative Actions");

**WHEREAS**, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

**WHEREAS**, the Parties therefore respectfully submit that the Related Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

---

[1] Plaintiffs and Defendants, taken together, are referred to herein as the "Parties."

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C., the resume of which is attached hereto as Exhibit A, and Rigrodsky Law, P.A., the resume of which is attached hereto as Exhibit B, shall be designated as Co-Lead Counsel for plaintiffs in the consolidated derivative action; and

**WHEREAS**, Defendants take no position regarding the appointment of co-lead counsel for Plaintiffs;

**IT IS HEREBY STIPULATED AND AGREED** among the Parties, and respectfully submitted for the Court's approval, to consolidate the Related Derivative Actions and appoint Co-Lead Counsel for plaintiffs in the consolidated action pursuant to the following terms:

1. To the extent they have not already been served, Defendants accept service of the complaints in the Related Derivative Actions.

2. Within sixty (60) days of the date that the Court enters an order approving this stipulation, the Parties will meet and confer and submit a proposed scheduling order to the Court. Defendants are not required to answer or otherwise respond to the respective complaints filed in the Related Derivative Actions until the deadline set forth in the Court's order on the Parties' proposed schedule.

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Lead Case No. 2:25-cv-10043-JXN-CLW (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
| --- | --- | --- |
| *Steffens v. Ali et al* | 2:25-cv-10043-JXN-CLW | June 11, 2025 |
| *Camacho v. Ali et al* | 2:25-cv-11903-JXN-CLW | June 17, 2025 |

4.   Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE ORGANON & CO. DERIVATIVE LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | Lead Case No. 2:25-cv-10043-JXN-CLW <br><br> (Consolidated) |

5.   All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 2:25-cv-10043-JXN-CLW.

6.   Co-Lead Counsel for plaintiffs in the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
Elizabeth Donohoe
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net
Email: edonohoe@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Gina Serra
Seth D. Rigrodsky
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: gms@rl-legal
Email: sdr@rl-legal.com

7.   Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in the Consolidated Action in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and

4

efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9. Counsel for all of the Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Organon & Co. Derivative Litigation*, Lead Case No. 2:25-cv-10043-JXN-CLW, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Organon & Co. Derivative Litigation*, Lead Case No. 2:25-cv-10043-JXN-CLW, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order.

11. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Action.

12. This Stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: July 3, 2025

**THE BROWN LAW FIRM, P.C.**

*/s/ Elizabeth Donohoe*

Elizabeth Donohoe
Zachary M. Benson
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: edonohoe@thebrownlawfirm.net
Email: zbenson@thebrownlawfirm.net
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Jereth Camacho and [Proposed] Co-Lead Counsel for Plaintiffs*

**RIGRODSKY LAW, P.A**

*/s/ Gina Serra*

Gina Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: gms@rl-legal.com

Seth D. Rigrodsky
Robert R. Ayers
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: rra@rl-legal.com

*Counsel for Plaintiff Joshua Steffens and [Proposed] Co-Lead Counsel for Plaintiffs*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Additional Counsel for Plaintiff Joshua Steffens*

6

ME1\53746524.v1

McCARTER & ENGLISH, LLP

*/s/ David R. Kott*

David R. Kott, Esq.
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 639-2056
(973) 624-7070 FAX
Email: dkott@mccarter.com

**SIDLEY AUSTIN LLP**
Yolanda Garcia, Esq. (*pro hac vice to be filed*)
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
(214) 981 3300
(214) 981 3400 FAX
Email: ygarcia@sidley.com

**SIDLEY AUSTIN LLP**
Elizabeth Y. Austin, Esq. (*pro hac vice to be filed*)
One South Dearborn
Chicago, IL 60603
(312) 853-7405
(312) 853-7036 FAX
Email: laustin@sidley.com

*Counsel for Defendants Kevin Ali, Matthew Walsh, Carrie S. Cox, Robert Essner, Alan Ezekowitz, Helene Gayle, Rochelle (Shelly) B. Lazarus, Deborah Leone, Philip Ozuah, Cynthia M. Patton, Grace Puma, and Shalini Sharp, and Nominal Defendant Organon & Co.*

\* \* \*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/7/2025

JULIEN XAVIER NEALS
United States District Judge